VIOLET BERNICE GERHARDT, petitioner-appellant,

*v.*

JOHN JACOB GERHARDT, defendant-respondent.

[Decided February 6th, 1939.]

*Mr. Jacob E. Max,* for the appellant.

*Messrs. Edwards, Smith & Dawson (Mr. Raymond Dawson,* of counsel), for the respondent.

PER CURIAM.

The learned advisory master advised a decree in the court below dismissing the appellant's petition.

We have examined the facts, the briefs of counsel and the conclusions of the advisory master and find no error.

The decree appealed from is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 15.

*For reversal*—None.